MORGAN, LEWIS & BOCKIUS LLP
Andrew P. Frederick, Bar No. 284832
Regina Agopian, Bar No. 340309
1400 Page Mill Road
Palo Alto, CA  94304
Tel:  (650) 843-4000
Fax:  (650) 843-4001
andrew.frederick@morganlewis.com
regina.agopian@morganlewis.com

Attorneys for Defendants
ARAMARK CAMPUS, LLC and JOHN PICKETT

LAVI & EBRAHIMIAN, LLP
N. Nick Ebrahimian, Esq. (Bar No. 219270)
nebrahimian@lelawfirm.com
Tielle Shu, Esq. (Bar No. 303085)
tshu@lelawfirm.com
8889 W. Olympic Blvd. Suite 200
Beverly Hills California 90211
Tel: (310) 432-0000
Fax:  (310) 432-0001

Attorneys for Plaintiff
ANTHONY HUGGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HUGGER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK CAMPUS, LLC; JOHN PICKETT; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:24-cv-00410-KES-BAM<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND [PROPOSED] ORDER**<br><br>Courtroom: 8<br>Judge: Hon. Barbara A. McAuliffe<br><br>Complaint Filed: April 5, 2024 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 1:24-cv-00410-KES-BAM

JOINT STIPULATION TO CONTINUE
SCHEDULING CONFERENCE AND
[PROPOSED] ORDER

## JOINT STIPULATION

Plaintiff Anthony Hugger ("Plaintiff") and Defendants Aramark Campus, LLC ("Aramark") and John Pickett ("Defendants") (together as "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed his Complaint in this Court against Defendants on April 5, 2024;

WHEREAS, Aramark filed a Motion to Dismiss Plaintiff's Complaint on May 20, 2024, which was fully briefed and set for hearing on July 8, 2024;

WHEREAS, on July 3, 2024, pursuant to Local Rule 230(g), the Court ordered Defendants' Motion to Dismiss as submitted without oral argument and vacated the hearing originally set for July 8, 2024;

WHEREAS, the Parties' current deadline to file a Joint Scheduling Report is November 5, 2024;

WHEREAS, a Scheduling Conference in this matter is set to take place on November 20, 2024 at 8:30 a.m.;

WHEREAS, Defendants' Motion to Dismiss is still pending with this Court;

WHEREAS, in furtherance of promoting judicial economy and administrative efficiency, the Parties jointly request the Scheduling Conference of November 20, 2024, and the Joint Scheduling Report deadline of November 5, 2024, be continued by approximately ninety (90) days to allow the Court additional time to rule on Defendants' Motion to Dismiss; and

WHEREAS, this is the Parties' first request for a continuance of the Scheduling Conference.

THEREFORE, it is stipulated and agreed to by the Parties, by and through their respective counsel of record, that the Scheduling Conference currently scheduled for November 20, 2024, be continued by approximately ninety (90) days to February 13, 2025, or as soon thereafter as may be determined by this Court and that the deadline to file the Joint Scheduling Report be continued to February 6, 2025.

///

///

///

**IT IS SO STIPULATED.**

Dated:  October 30, 2024                                  MORGAN, LEWIS & BOCKIUS LLP


By  /s/ *Andrew P. Frederick*
    Andrew P. Frederick
    Regina Agopian

    Attorneys for Defendants
    ARAMARK CAMPUS, LLC and JOHN PICKETT


Dated:  October 30, 2024                                  LAVI & EBRAHIMIAN, LLP


By  /s/ *N. Nick Ebrahimian*
    N. Nick Ebrahimian
    Tielle Shu

    Attorneys for Plaintiff
    ANTHONY HUGGER


## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.


Dated:  October 30, 2024                                  MORGAN, LEWIS & BOCKIUS LLP


By  */s/ Andrew P. Frederick*
    Andrew P. Frederick
    Regina Agopian

    Attorneys for Defendants
    ARAMARK CAMPUS, LLC and JOHN PICKETT

# ORDER

The Court, having reviewed the Parties' Joint Stipulation and good cause appearing therefore, CONTINUES the Scheduling Conference currently set for November 20, 2024 to **February 20, 2025 at <u>8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe</u>.** The parties shall file a Joint Scheduling Report on or before February 6, 2025. The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire is required.

IT IS SO ORDERED.

Dated:   **October 31, 2024**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE