## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ANTHONY HUGGER,**

CASE NO: **1:24–CV–00410–KES–BAM**

v.

**ARAMARK CAMPUS LLC, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/7/2024**

**Keith Holland**
Clerk of Court

ENTERED: **November 7, 2024**

by: /s/ J. Xiong
Deputy Clerk